# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

82 Glenwood Ave LLC,
    A New York LLC.

    *Plaintiff.*

v.

NOLAN SCHUTZE, et al.

    *Defendants.*

Case No. 23-cv-4192

Hon. Philip M. Halpern

_____/

## [proposed] ORDER GRANTING SOLOMON MORDECHAI RADNER'S *PRO HAC VICE* ADMISSION

This Matter having come before the Court on Solomon Mordechai Radner's Motion to Appear *Pro Hac Vice* in this matter, and the Court being otherwise fully informed,

IT IS HEREBY ORDERED that Solomon M. Radner's Motion is GRANTED. Solomon Mordechai Radner may appear on behalf of Plaintiff 82 Glenwood Ave LLC as *Pro Hac Vice* counsel.

The Clerk of Court is respectfully requested to terminate the pending motions, Doc. 7 and Doc. 11.

So Ordered.

DATED: May 25, 2023

_____
Philip M. Halpern
United States District Judge